**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LEE, JEREMY E. | § | Case No. 11-18893 |
| LEE, KIMBERLY A. | § | |
| | § | |
| Debtor(s) ODELL, KIMBERLY A. | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/06/2013 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/22/2013_____         By:  /s/DEBORAH K. EBNER_____
                                                                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: LEE, JEREMY E.                   §    Case No. 11-18893

       LEE, KIMBERLY A.             §

                                      §

Debtor(s) ODELL, KIMBERLY A.         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*           $       369,535.82

*and approved disbursements of*            $       146,068.14

*leaving a balance on hand of*    [1]          $       223,467.68

**Balance on hand:**                       **$**       223,467.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    **$**         0.00

Remaining balance:    **$**       223,467.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 12,181.08 | 0.00 | 12,181.08 |
| Trustee, Expenses - DEBORAH K. EBNER | 272.50 | 0.00 | 272.50 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 6,882.50 | 0.00 | 6,882.50 |

Total to be paid for chapter 7 administration expenses:    **$**       19,336.08

Remaining balance:    **$**       204,131.60

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $             0.00

Remaining balance:    $        204,131.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,558.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | IL Dept of Healthcare and Family Services/MRU | 6,689.55 | 0.00 | 6,689.55 |
| 4 | IL Dept of Healthcare and Family Services/MRU | 1,869.05 | 0.00 | 1,869.05 |

Total to be paid for priority claims:    $        8,558.60

Remaining balance:    $        195,573.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,227.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank | 2,455.30 | 0.00 | 2,455.30 |
| 5 -2 | Capital One, N.A. | 830.92 | 0.00 | 830.92 |
| 6 | eCast Settlement Corporation | 941.71 | 0.00 | 941.71 |

Total to be paid for timely general unsecured claims:    $        4,227.93

Remaining balance:    $        191,345.07

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 371.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | WellPoint,Inc | 371.52 | 0.00 | 371.52 |

Total to be paid for tardy general unsecured claims:    $    371.52

Remaining balance:    $    190,973.55

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance:    $    190,973.55

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $59.40.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $190,914.15.

Prepared By:  /s/DEBORAH K. EBNER

Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 11-18893-ERW
Jeremy E. Lee                                                                 Chapter 7
Kimberly A. Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: pseamann           Page 1 of 3            Date Rcvd: Jun 24, 2013
                               Form ID: pdf006          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
```
db/jdb       +Jeremy E. Lee,   Kimberly A. Lee,   5109 W. 82nd Place,   Burbank, IL 60459-2716
17224024     +Bank One,   Retail Consumer Lo Po Box 901008,   Fort Worth, TX 76101-2008
17224025     +Benfcl/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
17224027     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
17224026     +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
19155399     +Capital One Auto Finance, a division of Capital On,   P.O. Box 201347,   Arlington, TX 76006-1347
19239289      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19249779     +Capital One, N.A. (Menards),   c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
17224029     +Cci (Original Creditor:10 Comed 264,   P O Box 212609 Suite 110,   Augusta, GA 30917-2609
17224030     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17224031     +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
17224032     +Citi,   Credit Bureau Disp P O Box 6497,   Sioux Falls, SD 57117-6497
17224033     +Eos Cca (Original Creditor:Hollywoo,   700 Longwater Dr,   Norwell, MA 02061-1624
17224040     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
17313359     +HSBC Bank Nevada, N.A.,   c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
              Tucson, AZ 85712-1083
17224039     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17224041     +Hsbc/Mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
17224042     +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
19180570     +IL Dept of Healthcare and Family Services/MRU,   P O Box 19405,   Springfield, IL 62794-9405
17224043     +Il Child,   509 South 6th Street,   Springfield, IL 62701-1825
17224044      Illdpths,   100 S Grand Avenue,   Springfield, IL 62702
17224048     +Lanebryant,   450 Winks Lane,   Bensalem, PA 19020-5932
17224049     +Midland Federal S & L,   8929 S Harlem Ave,   Bridgeview, IL 60455-1978
17224050      Midlandfed,   8929 S. Harlem,   Bridgeview, IL 60455-1978
17224051     +Nationwide Credit & Co (Original Cr,   815 Commerce Dr Ste 100,   Oak Brook, IL 60523-8839
17224053     +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
17224054     +United Collect Bur Inc (Original Cr,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
20491244     +WellPoint,Inc,   c/o Scott C. Gordon,Esq.,   Rawlings & Associates,PLLC,   One Eden Parkway,
              La Grange, KY 40031-8100
17224057     +Wfnnb/Lane Bryant,   4590 E Broad St,   Columbus, OH 43213-1301
20363866     +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
              Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17224028     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 25 2013 02:38:55
              Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
17249563     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 25 2013 03:44:54
              Capital One Auto Finance Department,   c/o Ascension Capital Group,   P. O. Box 201347,
              Arlington, TX 76006-1347
17224034     +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 25 2013 02:27:56    Esb/Harley Davidson Cr,
              Po Box 21829,   Carson City, NV 89721-1829
17224035     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2013 02:50:58    Gemb/Jcp,   Po Box 981402,
              El Paso, TX 79998-1402
17224036     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2013 02:46:09    Gemb/Lowes,   Po Box 981400,
              El Paso, TX 79998-1400
17224037     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2013 02:50:44    Gemb/Ultrad,   Po Box 981439,
              El Paso, TX 79998-1439
17224038     +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 25 2013 02:27:57    Hd Credit,   222 W Adams,
              Chicago, IL 60606-5312
17224045     +E-mail/Text: ebnsterling@weltman.com Jun 25 2013 02:30:54    Kay,   375 Ghent Rd.,
              Akron, OH 44333-4600
17224046     +E-mail/Text: ebnsterling@weltman.com Jun 25 2013 02:30:54    Kay Jewelers,   375 Ghent Rd,
              Fairlawn, OH 44333-4600
17224047     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 25 2013 02:30:23    Kohls/Capone,   Po Box 3115,
              Milwaukee, WI 53201-3115
17224052     +E-mail/Text: bankrup@aglresources.com Jun 25 2013 02:29:40    Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
19144509     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 25 2013 02:28:13
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                          TOTAL: 12
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Eric M Terry,   TorHoerman Law LLC
17224055      Unknown (Original Creditor:Unknown)
17224056      Wfds/Wds
                                                                 TOTALS: 3, * 0, ## 0
```

```
District/off: 0752-1          User: pseamann          Page 2 of 3              Date Rcvd: Jun 24, 2013
                             Form ID: pdf006          Total Noticed: 42
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1              User: pseamann           Page 3 of 3              Date Rcvd: Jun 24, 2013
                                  Form ID: pdf006          Total Noticed: 42


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2013 at the address(es) listed below:
          Chad M. Hayward    on behalf of Joint Debtor Kimberly A. Lee courtnotice@haywardlawoffices.com,
           cq@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com
          Chad M. Hayward    on behalf of Debtor Jeremy E. Lee courtnotice@haywardlawoffices.com,
           cq@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.com
          David  Melcer    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Deborah  Kanner Ebner    dkebner@debnertrustee.com,
           IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
           admin.assistant@debnertrustee.com
          Deborah K Ebner    on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
           sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
          Jerold Jay Shapiro    on behalf of Creditor   Midland Federal Savings & Loan Association
           jshapiro@kslawfirm.com
          Linda M Kujaca    on behalf of Trustee Deborah  Kanner Ebner lkujaca@aol.com
          M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
           gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 9
```