# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
| JEREMY E. LEE and, | ) | Case No. 11-18893 |
| KIMBERLY A. LEE | ) | Hon. Eugene R. Wedoff |
| Debtors. | | |

### AMENDED NOTICE TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

TO:   ALL ECF REGISTRANTS; and by First-Class Mail to:
ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST
Jeremy and Kimberly Lee, 5109 West 82nd Place, Burbank, IL 60459

PLEASE TAKE NOTICE that on **AUGUST 7, 2013** at the hour of **10:00 A.M.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff in the Courtroom normally occupied by him at the Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois, Room 744, or in her absence, before any other judge who may be sitting in her stead, and shall then and there present the **TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**, a copy of which was previously served upon you.

Respectfully submitted,

By:   /s/Deborah K. Ebner
DEBORAH K. EBNER, Trustee

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 E Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

### CERTIFICATE OF SERVICE

I, DEBORAH K. EBNER, an attorney, certify that this Notice and the documents to which it refers were filed with the US Bankruptcy Court on July 31, 2013, and accordingly designated for electronic service by the Clerk of the United States Bankruptcy Court to all parties entitled to notice and by first class mail to the Debtors.

/s/Deborah K. Ebner
Deborah K. Ebner, Trustee

In re:
Jeremy E. Lee
Kimberly A. Lee
    Debtors

Case No. 11-18893-ERW
Chapter 7

Case 11-18893    Doc 73    Filed 07/31/13    Entered 07/31/13 15:50:09    Desc Main
              Document      Page 2 of 2

CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 3         Date Rcvd: Jun 24, 2013
                               Form ID: pdf006             Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2013.
```
db/jdb        +Jeremy E. Lee,   Kimberly A. Lee,    5109 W. 82nd Place,    Burbank, IL 60459-2716
17224024      +Bank One,   Retail Consumer Lo Po Box 901008,    Fort Worth, TX 76101-2008
17224025      +Benfcl/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
17224027     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
17224026      +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
19155399      +Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,    Arlington, TX 76006-1347
19239289       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19249779      +Capital One, N.A. (Menards),    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
17224029      +Cci (Original Creditor:10 Comed 264,    P O Box 212609 Suite 110,    Augusta, GA 30917-2609
17224030      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17224031      +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
17224032      +Citi,   Credit Bureau Disp P O Box 6497,    Sioux Falls, SD 57117-6497
17224033      +Eos Cca (Original Creditor:Hollywoo,    700 Longwater Dr,    Norwell, MA 02061-1624
17224040     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Bsbuy,     Po Box 15519,    Wilmington, DE 19850)
17313359      +HSBC Bank Nevada, N.A.,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
17224039      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
17224041      +Hsbc/Mnrds,   90 Christiana Rd,    New Castle, DE 19720-3118
17224042      +Hsbc/Rs,   90 Christiana Rd,    New Castle, DE 19720-3118
19180570      +IL Dept of Healthcare and Family Services/MRU,    P O Box 19405,    Springfield, IL 62794-9405
17224043      +Il Child,   509 South 6th Street,    Springfield, IL 62701-1825
17224044       Illdpths,   100 S Grand Avenue,    Springfield, IL 62702
17224048      +Lanebryant,   450 Winks Lane,    Bensalem, PA 19020-5932
17224049      +Midland Federal S & L,    8929 S Harlem Ave,   Bridgeview, IL 60455-1978
17224050       Midlandfed,   8929 S. Harlem,    Bridgeview, IL 60455-1978
17224051      +Nationwide Credit & Co (Original Cr,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
17224053      +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
17224054      +United Collect Bur Inc (Original Cr,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
20491244      +WellPoint,Inc,    c/o Scott C. Gordon,Esq.,    Rawlings & Associates,PLLC,    One Eden Parkway,
                La Grange, KY 40031-8100
17224057      +Wfnnb/Lane Bryant,    4590 E Broad St,   Columbus, OH 43213-1301
20363866      +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17224028      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 25 2013 02:38:55
               Capital One Auto Finan,   3901 Dallas Pkwy,    Plano, TX 75093-7864
17249563      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 25 2013 03:44:54
               Capital One Auto Finance Department,    c/o Ascension Capital Group,   P. O. Box 201347,
                Arlington, TX 76006-1347
17224034      +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 25 2013 02:27:56    Esb/Harley Davidson Cr,
               Po Box 21829,   Carson City, NV 89721-1829
17224035      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2013 02:50:58    Gemb/Jcp,   Po Box 981402,
               El Paso, TX 79998-1402
17224036      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2013 02:46:09    Gemb/Lowes,   Po Box 981400,
               El Paso, TX 79998-1400
17224037      +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2013 02:50:44    Gemb/Ultrad,   Po Box 981439,
               El Paso, TX 79998-1439
17224038      +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 25 2013 02:27:57    Hd Credit,   222 W Adams,
               Chicago, IL 60606-5312
17224045      +E-mail/Text: ebnsterling@weltman.com Jun 25 2013 02:30:54    Kay,   375 Ghent Rd.,
               Akron, OH 44333-4600
17224046      +E-mail/Text: ebnsterling@weltman.com Jun 25 2013 02:30:54    Kay Jewelers,   375 Ghent Rd,
               Fairlawn, OH 44333-4600
17224047      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 25 2013 02:30:23    Kohls/Capone,   Po Box 3115,
               Milwaukee, WI 53201-3115
17224052      +E-mail/Text: bankrup@aglresources.com Jun 25 2013 02:29:40    Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
19144509      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 25 2013 02:28:13
               PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Eric M Terry,   TorHoerman Law LLC
17224055        Unknown (Original Creditor:Unknown)
17224056        Wfds/Wds
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).