# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LEE, JEREMY E.                                    Case No. 11-18893
       LEE, KIMBERLY A.
       ODELL, KIMBERLY A.                                Chapter  7
                            ,
              Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $16,325.00                    Assets Exempt: $11,191.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,844.25     Claims Discharged
                                                Without Payment: $4,385.20

Total Expenses of Administration: $165,434.05

---

   3)  Total gross receipts of $    369,535.82    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    191,257.52 (see **Exhibit 2**), yielded net receipts of $178,278.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $205,355.00 | $8,288.34 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 165,434.05 | 165,434.05 | 165,434.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,916.00 | 8,558.60 | 8,558.60 | 8,558.60 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,239.00 | 4,658.85 | 4,658.85 | 4,285.65 |
| **TOTAL DISBURSEMENTS** | $216,510.00 | $186,939.84 | $178,651.50 | $178,278.30 |

    4) This case was originally filed under Chapter 7 on May 02, 2011. The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/02/2014          By: /s/DEBORAH K. EBNER, Trustee
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lee vs. Bayer Healthcare Pharmaceuticals, Inc | 1242-000 | 369,535.82 |
| **TOTAL GROSS RECEIPTS** | | **$369,535.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEE, JEREMY E. | Dividend paid 100.00% on $190,973.55; Claim# SURPLUS; Filed: $190,973.55; Reference: | 8200-002 | 0.00 |
| LEE, JEREMY E. | | 8200-002 | 0.00 |
| Lee, Jeremy E. and Kimberly A. | | 8200-002 | 190,914.15 |
| Lee, Jeremy E. and Kimberly A. | | 8200-002 | 0.00 |
| Lee, Jeremy E. and Kimberly A. | | 8200-002 | 343.37 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$191,257.52** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Auto Finance, a division of Capital One | 4110-000 | 11,884.00 | 8,288.34 | 0.00 | 0.00 |
| NOTFILED | Wfds/Wds | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midlandfed | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Esb/Harley Davidson Cr | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Federal S & L | 4110-000 | 193,471.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$205,355.00** | **$8,288.34** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk of US Bankruptcy Court | 2700-000 | N/A | 373.20 | 373.20 | 373.20 |
| International Sureties | 2300-000 | N/A | 337.75 | 337.75 | 337.75 |
| DEBORAH K. EBNER | 2100-000 | N/A | 12,181.08 | 12,181.08 | 12,181.08 |
| DEBORAH K. EBNER | 2200-000 | N/A | 272.50 | 272.50 | 272.50 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 6,882.50 | 6,882.50 | 6,882.50 |
| TorHoerman Law, LLC | 3210-000 | N/A | 1,261.30 | 1,261.30 | 1,261.30 |
| TorHoerman Law, LLC | 3210-000 | N/A | 141,524.36 | 141,524.36 | 141,524.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 403.86 | 403.86 | 403.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 731.20 | 731.20 | 731.20 |
| Rabobank, N.A. | 2600-000 | N/A | 565.14 | 565.14 | 565.14 |
| Rabobank, N.A. | 2600-000 | N/A | 493.57 | 493.57 | 493.57 |
| Rabobank, N.A. | 2600-000 | N/A | 407.59 | 407.59 | 407.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $165,434.05 | $165,434.05 | $165,434.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | IL Dept of Healthcare and Family Services/MRU | 5800-000 | 1,534.00 | 6,689.55 | 6,689.55 | 6,689.55 |
| 4 | IL Dept of Healthcare and Family Services/MRU | 5800-000 | 1,382.00 | 1,869.05 | 1,869.05 | 1,869.05 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,916.00 | $8,558.60 | $8,558.60 | $8,558.60 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of | 7100-000 | 2,455.00 | 2,455.30 | 2,455.30 | 2,455.30 |
| 1I | PYOD, LLC its successors and assigns as assignee of | 7990-000 | N/A | 11.08 | 11.08 | 11.08 |
| 3I | IL Dept of Healthcare and Family Services/MRU | 7990-000 | N/A | 30.20 | 30.20 | 30.20 |
| 4I | IL Dept of Healthcare and Family Services/MRU | 7990-000 | N/A | 8.44 | 8.44 | 8.44 |
| 5 -2 | Capital One, N.A. | 7100-000 | 830.00 | 830.92 | 830.92 | 830.92 |
| 5I-2 | Capital One, N.A. | 7990-000 | N/A | 3.75 | 3.75 | 3.75 |
| 6 | eCast Settlement Corporation | 7100-000 | 942.00 | 941.71 | 941.71 | 941.71 |
| 6I | eCast Settlement Corporation | 7990-000 | N/A | 4.25 | 4.25 | 4.25 |
| 7 | WellPoint,Inc | 7200-000 | N/A | 371.52 | 371.52 | 0.00 |
| 7I | WellPoint,Inc | 7990-000 | N/A | 1.68 | 1.68 | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 363.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co (Original Cr | 7100-000 | 191.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co (Original Cr | 7100-000 | 684.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | United Collect Bur Inc (Original Cr | 7100-000 | 124.00 | N/A | N/A | 0.00 |
| NOTFILED | Lanebryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 1,647.00 | N/A | N/A | 0.00 |
| NOTFILED | Unknown (Original Creditor:Unknown) | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Jewelers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cci (Original Creditor:10 Comed 264 | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Benfcl/Hfc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eos Cca (Original Creditor:Hollywoo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Bsbuy | 7100-000 | 469.00 | N/A | N/A | 0.00 |
| NOTFILED | Hd Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Jcp | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Ultrad | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,239.00 | $4,658.85 | $4,658.85 | $4,285.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-18893  
**Case Name:** LEE, JEREMY E.  
LEE, KIMBERLY A.  
**Period Ending:** 06/02/14

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 05/02/11 (f)  
**§341(a) Meeting Date:** 06/20/11  
**Claims Bar Date:** 07/30/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lee vs. Bayer Healthcare Pharmaceuticals, Inc | Unknown | 0.00 | | 369,535.82 | FA |
| 2 | Real Property located at 4833 W. 85th, Burbank I | 145,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Checking account with Bank of America | 400.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Savings Account with Bank of America | 700.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Clothing and Wearing Apparel | 250.00 | 0.00 | | 0.00 | 0.00 |
| 7 | 2008 Hyundai Tucson with 21,000 miles. | 16,325.00 | 0.00 | OA | 0.00 | 0.00 |
| 8 | 1999 Chevorlet Cavalier with 70,000 | 2,550.00 | 0.00 | | 0.00 | 0.00 |
| 9 | 1997 Harley Davidson forester with 16000 miles | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Entered in error | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Entered in error | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Entered in error | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Entered in error | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | **Assets** Totals (Excluding unknown values) | **$168,225.00** | **$0.00** | | **$369,535.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final Report filed with Clerk of the Court

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    June 22, 2013 (Actual)

Printed: 06/02/2014 10:47 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-18893 | | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LEE, JEREMY E. | | **Bank Name:** | The Bank of New York Mellon |
| | LEE, KIMBERLY A. | | **Account:** | ****-******57-66 - Checking Account |
| **Taxpayer ID #:** | **-***0642 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 06/02/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/12/12 | {1} | TorHoerman Law LLC | litigation settlement | 1242-000 | 369,535.82 | | 369,535.82 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 403.86 | 369,131.96 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 731.20 | 368,400.76 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 368,400.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 369,535.82 | 369,535.82 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 368,400.76 | |
| | | | **Subtotal** | | 369,535.82 | 1,135.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$369,535.82** | **$1,135.06** | |

{} Asset reference(s)

Printed: 06/02/2014 10:47 PM     V.13.15

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-18893  
**Case Name:** LEE, JEREMY E.  
LEE, KIMBERLY A.  
**Taxpayer ID #:** **-***0642  
**Period Ending:** 06/02/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 368,400.76 | | 368,400.76 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 565.14 | 367,835.62 |
| 02/07/13 | 10101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #11-18893, Bind # 016026455 | 2300-000 | | 337.75 | 367,497.87 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 493.57 | 367,004.30 |
| 03/07/13 | 10102 | TorHoerman Law, LLC | Per order -docket #55 | 3210-000 | | 141,524.36 | 225,479.94 |
| 03/07/13 | 10103 | TorHoerman Law, LLC | Per Order - Docket #55 | 3210-000 | | 1,261.30 | 224,218.64 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 407.59 | 223,811.05 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 343.37 | 223,467.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 332.14 | 223,135.54 |
| 06/26/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -675.51 | 223,811.05 |
| 08/07/13 | 10104 | DEBORAH K. EBNER | Dividend paid 100.00% on $272.50, Trustee Expenses; Reference: | 2200-000 | | 272.50 | 223,538.55 |
| 08/07/13 | 10105 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $6,882.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,882.50 | 216,656.05 |
| 08/07/13 | 10106 | DEBORAH K. EBNER | Dividend paid 100.00% on $12,181.08, Trustee Compensation; Reference: | 2100-000 | | 12,181.08 | 204,474.97 |
| 08/07/13 | 10107 | IL Dept of Healthcare and Family Services/MRU | Dividend paid 100.00% on $6,689.55; Claim# 3; Filed: $6,689.55; Reference: | 5800-000 | | 6,689.55 | 197,785.42 |
| 08/07/13 | 10108 | IL Dept of Healthcare and Family Services/MRU | Dividend paid 100.00% on $1,869.05; Claim# 4; Filed: $1,869.05; Reference: 6D55013 | 5800-000 | | 1,869.05 | 195,916.37 |
| 08/07/13 | 10109 | WellPoint,Inc | Dividend paid 100.00% on $371.52; Claim# 7; Filed: $371.52; Reference: Stopped on 11/04/13 | 7200-000 | | 371.52 | 195,544.85 |
| 08/07/13 | 10110 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $11.08; Claim# 1I; Filed: $11.08; Reference: 542418068652 | 7990-000 | | 11.08 | 195,533.77 |
| 08/07/13 | 10111 | IL Dept of Healthcare and Family Services/MRU | Dividend paid 100.00% on $30.20; Claim# 3I; Filed: $30.20; Reference: | 7990-000 | | 30.20 | 195,503.57 |
| 08/07/13 | 10112 | IL Dept of Healthcare and Family Services/MRU | Dividend paid 100.00% on $8.44; Claim# 4I; Filed: $8.44; Reference: 6D55013 | 7990-000 | | 8.44 | 195,495.13 |
| 08/07/13 | 10113 | Capital One, N.A. | Dividend paid 100.00% on $3.75; Claim# 5I-2; Filed: $3.75; Reference: 4086064 | 7990-000 | | 3.75 | 195,491.38 |
| 08/07/13 | 10114 | eCast Settlement Corporation | Dividend paid 100.00% on $4.25; Claim# 6I; Filed: $4.25; Reference: | 7990-000 | | 4.25 | 195,487.13 |

Subtotals :   $368,400.76   $172,913.63

{} Asset reference(s)

Printed: 06/02/2014 10:47 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-18893  
**Case Name:** LEE, JEREMY E.  
LEE, KIMBERLY A.  
**Taxpayer ID #:** **-***0642  
**Period Ending:** 06/02/14

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/13 | 10115 | WellPoint,Inc | Dividend paid 100.00% on $1.68; Claim# 7I; Filed: $1.68; Reference: Stopped on 11/04/13 | 7990-000 | | 1.68 | 195,485.45 |
| 08/07/13 | 10116 | LEE, JEREMY E. | Dividend paid 100.00% on $190,973.55; Claim# SURPLUS; Filed: $190,973.55; Reference: Voided on 08/09/13 | 8200-002 | | 190,914.15 | 4,571.30 |
| 08/07/13 | 10117 | PYOD, LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $2,455.30; Claim# 1; Filed: $2,455.30; Reference: 542418068652 | 7100-000 | | 2,455.30 | 2,116.00 |
| 08/07/13 | 10118 | Capital One, N.A. | Dividend paid 100.00% on $830.92; Claim# 5-2; Filed: $830.92; Reference: 4086064 | 7100-000 | | 830.92 | 1,285.08 |
| 08/07/13 | 10119 | eCast Settlement Corporation | Dividend paid 100.00% on $941.71; Claim# 6; Filed: $941.71; Reference: | 7100-000 | | 941.71 | 343.37 |
| 08/07/13 | 10120 | LEE, JEREMY E. | Voided on 08/12/13 | 8200-002 | | 343.37 | 0.00 |
| 08/09/13 | 10116 | LEE, JEREMY E. | Dividend paid 100.00% on $190,973.55; Claim# SURPLUS; Filed: $190,973.55; Reference: Voided: check issued on 08/07/13 | 8200-002 | | -190,914.15 | 190,914.15 |
| 08/12/13 | 10120 | LEE, JEREMY E. | Voided: check issued on 08/07/13 | 8200-002 | | -343.37 | 191,257.52 |
| 08/12/13 | 10121 | Lee, Jeremy E. and Kimberly A. | | 8200-002 | | 190,914.15 | 343.37 |
| 08/12/13 | 10122 | Lee, Jeremy E. and Kimberly A. | Stopped on 08/13/13 | 8200-002 | | 343.37 | 0.00 |
| 08/13/13 | 10122 | Lee, Jeremy E. and Kimberly A. | Stopped: check issued on 08/12/13 | 8200-002 | | -343.37 | 343.37 |
| 08/13/13 | 10123 | Lee, Jeremy E. and Kimberly A. | | 8200-002 | | 343.37 | 0.00 |
| 11/04/13 | 10109 | WellPoint,Inc | Dividend paid 100.00% on $371.52; Claim# 7; Filed: $371.52; Reference: Stopped: check issued on 08/07/13 | 7200-000 | | -371.52 | 371.52 |
| 11/04/13 | 10115 | WellPoint,Inc | Dividend paid 100.00% on $1.68; Claim# 7I; Filed: $1.68; Reference: Stopped: check issued on 08/07/13 | 7990-000 | | -1.68 | 373.20 |
| 11/04/13 | 10124 | Clerk of US Bankruptcy Court | | 2700-000 | | 373.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 368,400.76 | 368,400.76 | $0.00 |
| | | | Less: Bank Transfers | | 368,400.76 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 368,400.76 | |
| | | | Less: Payments to Debtors | | | 191,257.52 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$177,143.24** | |

{} Asset reference(s)                                                                                          Printed: 06/02/2014 10:47 PM    V.13.15

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 11-18893 | **Trustee:** | DEBORAH K. EBNER, Trustee (330480) |
| **Case Name:** | LEE, JEREMY E. | **Bank Name:** | Rabobank, N.A. |
| | LEE, KIMBERLY A. | **Account:** | ******2466 - Checking Account |
| **Taxpayer ID #:** | **-***0642 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/02/14 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******57-66** | 369,535.82 | 1,135.06 | 0.00 |
| **Checking # ******2466** | 0.00 | 177,143.24 | 0.00 |
| | $369,535.82 | $178,278.30 | $0.00 |

{} Asset reference(s)    Printed: 06/02/2014 10:47 PM    V.13.15